**Order entered March 5, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00158-CV

## IN RE MY MODULAR, LLC, Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-03765**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    BILL WHITEHILL
       JUSTICE